United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN HALL,

        Plaintiff,

    v.

CALIFORNIA MASSAGE THERAPY COUNCIL,

        Defendant.

Case No. 24-cv-02108-RS

**ORDER DISMISSING ACTION**

The magistrate judge to whom this matter was initially assigned issued an order dismissing the complaint with leave to amend, and warning plaintiff that failure to file a timely first amended complaint would result in a recommendation that the action be dismissed. See Dkt. No. 6. When no amended complaint was filed, the Magistrate Judge issued a Report and Recommendation that the case be dismissed without prejudice for failure to prosecute. Dkt. No. 7. The matter was then reassigned to the undersigned for disposition.

Plaintiff apparently has failed to keep the court apprised of his address, as the reassignment order and the Report and Recommendation were returned as undeliverable. In light of that, and given plaintiff's failure to file an amended complaint, dismissal is warranted, and the Report and Recommendation is hereby adopted. The case is dismissed, and the Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: August 30, 2024

_____
RICHARD SEEBORG
Chief United States District Judge